IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK LAMONT RUSSELL**                                                      **PLAINTIFF**

v.                             **CASE NO. 4:25-CV-01305-BSM**

**AARON MARTIN,** *et al.*
Officer, Little Rock Police Department                                          **DEFENDANTS**

## ORDER

The clerk is directed to transfer this case to the docket of United States Chief District Judge Kristine Baker to be consolidated with the lead case of *Russell v. Martin, et al.,* Case No. 4:25-CV-00487-KGB because both cases involve common questions of law and fact. *See* Fed. R. Civ. P. 42(a).

IT IS SO ORDERED this 26th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE